In the Matter of ALLEN MORRIS, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [992 NYS2d 668]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 10, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Sanchez v Evans, 111 AD3d 1315 [2013]). Present—Centra, J.P., Fahey, Whalen and DeJoseph, JJ.